MARY ALDA McFEELY, Plaintiff-Appellant, *v.* JAMES LAWRENCE McFEELY, Defendant-Appellee.

(No. 73-36; ■■■■■■■■■■

Second District—October 31, 1974.

■■■■■■■■■

Opinion by Mr. JUSTICE RECHENMACHER.

Arthur Charles Holt, of Waukegan, for appellant.

William G. Rosing, of Rosing & Carlson, of Waukegan, for appellee.